## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>GENERAL ELECTRIC COMPANY,<br>    Defendant. | Case No. 1:21-mc-00018<br><br>(Originally Civil Action No. 66-3118) |

## [PROPOSED] ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: March 8, 2021

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**